```
RICHARD T. BOWLES (#046234)
LAWRENCE D. GOLDBERG (#168142)
WILLIAM T. NAGLE (#180162)
BOWLES & VERNA, LLP
2121 N. California Boulevard Suite 875
Walnut Creek, California 94596
TELEPHONE:  (925) 935-3300
FACSIMILE:  (925) 935-0371
rbowles@bowlesverna.com
lgoldberg@bowlesverna.com
wnagle@bowlesverna.com

Attorneys for Plaintiff
DANVILLE MATERIALS, INC.
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANVILLE MATERIALS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TRIODENT CORPORATION, a New Zealand Corporation, TRIODENT USA, LLC; TRIODENT FULFILLMENT LLC; TRIODENT TRADESHOWS LLC; SIMON MCDONALD and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: CV 09-000850 PJH<br><br>**STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE FROM JULY 2, 2009 TO SEPTEMBER 3, 2009** |

The parties identified in the above-referenced action are working in good faith to resolve issues in dispute. In order to provide the parties more time to reach a resolution, the parties, through their respective counsel, hereby stipulate to continue the Initial Case Management Conference from July 2, 2009 at 2:30 p.m. to September 3, 2009 at 2:30 p.m. This is the parties' first request for a continuance.

This request is supported by a good-faith intent to use the next 60 days to work towards a resolution of the lawsuit with the hope of lightening up the Court's docket. The parties will be prepared for a Case Management Conference in September if the case does not settle.

-1-

STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE FROM JULY 2, 2009 TO SEPTEMBER 3, 2009

1  It is so stipulated, through counsel of record.

2  Dated: June 17, 2009                    Respectfully submitted

3                                          JANSSEN DOYLE LLP

5                              By:         _____
                                            Richard P. Doyle, Jr.
6                                           140 Brookwood Road, Suite 102
                                            Orinda, CA 94563-3043
7                                           (925) 963-0990

8                                           Attorney for TRIODENT CORPORATION,
9                                           a New Zealand Corporation, TRIODENT
                                            USA, LLC; TRIODENT TRADESHOWS
10                                          LLC; SIMON MCDONALD

12                                          BOWLES & VERNA LLP

14                             By:         _____
                                            Richard T. Bowles
15                                          Lawrence D. Goldberg
                                            William T. Nagle
16                                          2121 N. California Boulevard, Suite 875
                                            Walnut Creek, CA 94596

18                                          Attorney for DANVILLE MATERIALS, INC.

23  6/19/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-
STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE FROM JULY 2, 2009 TO SEPTEMBER 3, 2009