RICHARD T. BOWLES (#046234)
LAWRENCE D. GOLDBERG (#168142)
WILLIAM T. NAGLE (#180162)
BOWLES & VERNA, LLP
2121 N. California Boulevard Suite 875
Walnut Creek, California 94596
TELEPHONE:  (925) 935-3300
FACSIMILE:  (925) 935-0371
rbowles@bowlesverna.com
lgoldberg@bowlesverna.com
wnagle@bowlesverna.com

Attorneys for Plaintiff
DANVILLE MATERIALS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANVILLE MATERIALS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRIODENT LTD, TRIODENT CORPORATION, TRIODENT USA, LLC; TRIODENT TRADESHOWS LLC; SIMON MCDONALD and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: CV 09-000850 PJH<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM JANUARY 14, 2010 TO MARCH 18, 2010** |

The parties identified in the above-referenced action are currently working on the terms of a settlement of the above-captioned matter.  They are working in good faith to complete the written terms of the settlement agreement; however, given the impacted travel schedules and holiday period, negotiations over the settlement agreement terms have taken longer than expected.  The parties, through their respective counsel, therefore have agreed to stipulate to continue the Case Management

-1-

**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM JANUARY 14, 2010 TO MARCH 18, 2010**

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

1   Conference from January 14, 2010 at 2:30 p.m. to March 18, 2010 at 2̶:̶3̶0̶ 2:00 p.m. in order to ensure the

2   parties have further time to advance their efforts to complete the settlement.

3       This request is supported by a good-faith intent by the parties to use the next 60 days to work

4   on finalizing the settlement terms with the hope of completing the settlement in that time period.

5       It is so stipulated, through counsel of record.

6

7   Dated:                                  Respectfully submitted

8                                           JANSSEN DOYLE LLP

9

10                                  By:     __/s/_____
                                            Richard P. Doyle, Jr.
11                                          140 Brookwood Road, Suite 102
                                            Orinda, CA 94563-3043
12                                          (925) 963-0990

13                                          Attorney for TRIODENT CORPORATION,
14                                          a New Zealand Corporation, TRIODENT
                                            USA, LLC; TRIODENT TRADESHOWS
15                                          LLC; SIMON MCDONALD

16

17  Dated:      1/4/10                      BOWLES & VERNA LLP

18

19                                  By:     _____
20                                          Richard T. Bowles
                                            Lawrence D. Goldberg
21                                          William T. Nagle
                                            2121 N. California Boulevard, Suite 875
22                                          Walnut Creek, CA 94596

23                                          Attorney for DANVILLE MATERIALS, INC.

24

25

26

27

28                                          -2-

**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM JANUARY 14, 2010 TO MARCH 18, 2010**

1   RICHARD T. BOWLES (#046234)
    LAWRENCE D. GOLDBERG (#168142)
2   WILLIAM T. NAGLE (#180162)
    BOWLES & VERNA, LLP
3   2121 N. California Boulevard Suite 875
    Walnut Creek, California 94596
4   TELEPHONE:  (925) 935-3300
5   FACSIMILE:  (925) 935-0371
    rbowles@bowlesverna.com
6   lgoldberg@bowlesverna.com
    wnagle@bowlesverna.com
7

8   Attorneys for Plaintiff
    DANVILLE MATERIALS, INC.
9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  DANVILLE MATERIALS, INC., a          Case No.: CV 09-000850 PJH
    California Corporation,
14                                       ORDER CONTINUING THE CASE
                                         MANAGEMENT CONFERENCE FROM
15      Plaintiff,                       JANUARY 14, 2010 TO MARCH 18, 2010

16  v.

17  TRIODENT LTD, TRIODENT
18  CORPORATION, TRIODENT USA, LLC;
    TRIODENT TRADESHOWS LLC;
19  SIMON MCDONALD and DOES 1
20  through 25, inclusive,

21      Defendants.
22

23

24      Pursuant to the stipulation of the parties, the Case Management Conference is hereby continued

25  from January 14, 2010 at 2:30 p.m. to March 18, 2010 at 2̶:̶3̶0̶ 2:00 p.m.

26      IT IS SO ORDERED.

27  _____
    Judge of the United ... District Court
28                              -1-

ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE FROM JANUARY
14, 2010 TO MARCH 18, 2010