1 RICHARD T. BOWLES (#046234)
2 LAWRENCE D. GOLDBERG (#168142)
   WILLIAM T. NAGLE (#180162)
3 BOWLES & VERNA, LLP
   2121 N. California Boulevard Suite 875
4 Walnut Creek, California 94596
   TELEPHONE: (925) 935-3300
5 FACSIMILE: (925) 935-0371
   rbowles@bowlesverna.com
6 lgoldberg@bowlesverna.com
7 wnagle@bowlesverna.com

8 Attorneys for Plaintiff
   DANVILLE MATERIALS, INC.
9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 DANVILLE MATERIALS, INC., a           Case No.: CV 09-000850 PJH
   California Corporation,
14                                        **ORDER CONTINUING THE CASE
                                          MANAGEMENT CONFERENCE TO
15     Plaintiff,                         APRIL 15, 2010**

16 v.

17
   TRIODENT LTD, TRIODENT
18 CORPORATION, TRIODENT USA, LLC;
   TRIODENT TRADESHOWS LLC;
19 SIMON MCDONALD and DOES 1
20 through 25, inclusive,

21
       Defendants.
22

23

24     Pursuant to the stipulation of the parties, the Case Management Conference is hereby continued

25 to April 15, 2010 at 2:00 p.m.

26     IT IS SO ORDERED.

27     4/5/10                              _____
                                           Judge of the United States District Court
28                                         Judge Phyllis J. Hamilton

-1-

**ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE TO APRIL 15, 2010**