

| | |
|---|---|
| Richard T. Bowles | William T. Nagle |
| Michael P. Verna | Cathleen S. Huang |
| Robert I. Westerfield | Brian D. Horwitz |
| Richard A. Ergo | Michael P. Connolly |
| K. P. Dean Harper | Steven P. McFarlane |
| Kenneth G. Jones | Veronica Ann O. Benigno |
| Bradley R. Bowles | Thomas E. Marrs |
| Charles S. Goldman | Nathaniel B. Duncan |
| Kenneth B. McKenzie | Michael P. Reid |
| David W. Trotter | Jeremy C. Berla |
| Jason J. Granskog | Jessica J. Muhleman |
| Lawrence D. Goldberg | |

August 5, 2010

The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
Courtroom 5, 17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

      Re:    **Danville v. Triodent**
               Case No. CV 09-000850 PJH

Dear Judge Hamilton:

      This is a request by all counsel to continue the case management conference in the above-referenced case from August 12, 2010 to September 30, 2010. The parties have now completed signing the settlement documents. The Settlement Agreement requires a check to be dispatched to the plaintiff within the next 10 days and a dismissal of the action to be filed only after good funds are received. Thus, the additional time will ensure monies can be paid and a dismissal can be filed. Thank you for considering this request.

                          Very truly yours,

                          William T. Nagle

WTN:dja

cc:    Sean S. Swidler, Esq.                    8/6/10
        Richard P. Doyle, Jr.



IT IS SO ORDERED
Judge Phyllis J. Hamilton